# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 11/21/19*

*RECEIVED NOV 21 2019 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.*

November 20, 2019

**MEMO ENDORSED**

<u>Via ECF</u>
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    *United States* v. *Sean Merchant*
                      18 CR 527 (KMW)

Dear Judge Wood:

      Counsel represents the defendant Sean Merchant in the above-referenced case, pursuant to the Criminal Justice Act. Currently, Mr. Merchant's sentencing is scheduled December 3, 2019.

      I write to respectfully request that Mr. Merchant's sentencing be re-scheduled for a date and time convenient to your Honor in February, 2020, as additional time is needed to receive and review records requested by the defense relating to Mr. Merchant's background, which we expect to use in preparation for our sentencing submission on behalf of our client.

      Your Honor's consideration of this request is greatly appreciated.

*[Handwritten: Sentencing is adjourned to February 13, 2020, at 11:00 a.m. Defendant's submission is due by January 30. Government submission is due by February 6.]*

Respectfully submitted,

/s/

Susan G. Kellman

cc:    All counsel via ECF

*[Handwritten: 11-21-19]*
SO ORDERED:  N.Y., N.Y.

*[Signature]*
KIMBA M. WOOD
U.S.D.J.