USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/7/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

SEAN MERCHANT,

               Defendant.

---------------------------------------------------------X

18-CR-527 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Wednesday, April 22, 2020, is adjourned to July 1, 2020, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
      April 7, 2020

                                            /s/ Kimba M. Wood /
                                              KIMBA M. WOOD
                                     United States District Judge