USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/21

# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718)783-8200 • FAX (718)783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

January 11, 2021

<u>Via ECF and Email</u>
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. *Sean Merchant*
      18 CR 527 (KMW)

Dear Judge Wood:

   I hope that this letter finds your Honor in good health and safe from the challenges posed by the coronavirus.

   Counsel represents the defendant Sean Merchant in the above-referenced case, pursuant to the Criminal Justice Act. Mr. Merchant is currently scheduled to be sentenced on January 25, 2021.

   I write to respectfully request that Mr. Merchant's sentencing be re-scheduled for a date and time convenient to your Honor in the Spring 2021, in light of the ongoing pandemic. Since the BOP is only rarely moving inmates to their designated facilities, there is no prejudice to Mr. Merchant.

   Government counsel does not object to this request.

   Your Honor's consideration of this request is greatly appreciated.

Respectfully submitted,

/s/

Susan G. Kellman

cc:   All counsel via ECF

*Handwritten endorsement:* Sentencing is adjourned to May 24, 2021, at 11:00 a.m. Defendant's submission is due by May 10. Government submission is due by May 17.

SO ORDERED:  N.Y., N.Y.  1/12/21

KIMBA M. WOOD
U.S.D.J.