UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

SEAN MERCHANT,

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
18 CR 527 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for September 16, 2021, is adjourned to September 29, 2021, at 12:00 p.m. Defendant's submission is due by September 15, 2021. Government submission is due by September 22, 2021.

SO ORDERED.

Dated: New York, New York
          September 2, 2021

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE