UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/21

-against-

SEAN MERCHANT,

                              Defendant.
------------------------------------------------------------------x

**ORDER**
18 CR 527 (KMW)

KIMBA M. WOOD, District Judge:

      At defense counsel's request, the sentencing scheduled for Wednesday, September 29, 2021, is adjourned to Wednesday, October 13, 2021, at 1:00 p.m.

      SO ORDERED.

Dated: New York, New York
         September 28, 2021

                                                  KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE