USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 04, 2023

P.O. Box 8000
Bradford PA 16701

[RECEIVED NOV 16 2023 PRO SE OFFICE]

Nov 10, 2023

United States District Court
Southern District of New York

**MEMO ENDORSED**

Motion
Under (18 U.S.C. §3582)

Responding To:
23-CV-9216 (kmw)
18-CR-0527 (kmw)
(Doc. No. 266)
Pro se Unit/Court

To Whom it May Concern,

Requesting the Court/Clerk of Court that they will take this hand written motion as a submission for only the modification of my sentence.

Leon Merchant
86026-054

**Pursuant to the Court's November 1, 2023 Order, Mr. Merchant's motion is dismissed without prejudice to any future Section 3582 motion Mr. Merchant may wish to pursue. Mr. Merchant must first exhaust his administrative remedies with the Federal Bureau of Prisons. After he has exhausted his administrative remedies, he may, at any time, file his second Section 3582 motion with this Court.**

**The Clerk is respectfully directed to close ECF Nos. 292 and 294.**

**SO ORDERED.**

**DATED: NEW YORK, NEW YORK**
**December 04, 2023**

_Kimba M. Wood_
**KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**

Also would like to know is there a certain time period for me to file all my administrative remedies because I am currently in the SHU/special housing unit and are about to be transferred to another facility.

Please & Thank You
Sean Merchant
#86026-054



Federal Correctional Institution McKean
Name: Sean Merchant
Reg. #: 86026-054
P.O. Box 8000
Bradford, PA 16701

RECEIVED
NOV 16 2023
PRO SE OFFICE

United State District Court
Southern District of New York
United States Courthouse "Pro Se"
500 Pearl Street
New York, New York 10007-1312